**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

RICKEY JORDAN, )
)
Plaintiff, )
)
v. ) Civil No. 3:24-cv-1261
) Judge Trauger
F/N/U ELLIOT, )
)
Defendant. )

## ORDER

On May 14, 2026, the Magistrate Judge issued a Report and Recommendation (Doc. No. 8), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusion of law of this court. For the reasons expressed therein, it is hereby ORDERED that this case is DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

The Clerk shall enter judgment in accordance with Rule 58, Federal Rules of Civil Procedure.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge